UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

Case No. 14-cr-20241
Hon. Matthew F. Leitman

v.

DARRELL JOHNSON,

       Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL (ECF #141)

On May 3, 2018, Defendant Darrell Johnson ("Johnson") filed an application in which he requested that the Court grant him *in forma pauperis* status on appeal (the "Application"). (*See* ECF #141.) The Court has reviewed the Application and Johnson's inmate account statement. The Court concludes that Johnson is entitled to proceed *in forma pauperis* on appeal. Accordingly, the Application is **GRANTED**.

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated: May 10, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 10, 2018, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-9764